1006

[No. 71653-1-I.   Division One.   July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXIS
SANCHEZ-BALBUENA, *Appellant*.

by unpublished opinion per
Appelwick, J., concurred in by Becker and Dwyer, JJ.

[No. 71702-2-I.   Division One.   July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LAINEZ,
*Appellant*.

by unpublished opinion per
Leach, J., concurred in by Schindler and Trickey, JJ.

[No. 71742-1-I.   Division One.   July 27, 2015.]

TERRI BLOCK, *as Guardian, Appellant*, v. THE LAW OFFICES OF
BEN F. BARCUS & ASSOCIATES, PLLC, ET AL., *Respondents*.

by unpublished opinion per
Cox, J., concurred in by Appelwick and Trickey, JJ.

[No. 71756-1-I.   Division One.   July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ELMER ANDREWS
VILLAFUERTE, *Appellant*.

by unpublished opinion per Appelwick, J., concurred in by
Spearman, C.J., and Cox, J.